UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a Delaware corporation,<br><br>                  Plaintiff,<br><br>   v.<br><br>N&N EXCAVATION, LLC, a Washington limited liability company; and FRANK T. NEKICH,<br><br>                  Defendants. | NO: 2:20-CV-0275-TOR<br><br>ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation of Dismissal Without Prejudice (ECF No. 10). The stipulation was submitted for consideration without oral argument. The Court, having reviewed the file and the records therein, is fully informed.

     The parties' stipulation provides for dismissal of this action without prejudice and with each party bearing their own costs and attorneys' fees.

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(i), the plaintiff may dismiss an action by filing a notice of dismissal before an answer or motion for summary judgment is filed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(i) and the parties' stipulation, this action is **DISMISSED** without prejudice and with each party bearing their own costs and attorneys' fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 4, 2021.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 2