AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the_

| | )  | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❑   other:



This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

❑   decided by Judge _____ on the parties' Stipulation for Dismissal.
.

Date:    January 4, 2021.    _____

CLERK OF COURT

_____

_____
*(By) Deputy Clerk*

_____